UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHRISTOPHER JOHNSON, | ) | CASE NO. C08-1471-RSL-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER REQUESTING |
| | ) | ADDITIONAL DOCUMENTS |
| SCOTT FRAKES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner Christopher Johnson proceeds *pro se* and *in forma pauperis* in this 28 U.S.C. § 2254 habeas action. Respondent filed an answer to the petition with relevant portions of the state court record. (Dkts. 11 & 13.) Respondent argues that petitioner failed to exhaust nine of his twelve grounds for relief. In support of this argument, respondent asserts that only two of four consolidated personal restraint petitions challenged the conviction at issue and provides copies of only those two petitions. (Dkt. 11 at 5-6 & Dkt. 13, Exs. 13 &14.) However, in arguing that he fully exhausted his claims in his reply, petitioner points to each of the four petitions. (Dkt. 14 at 1-3.)

Without copies of all of the relevant personal restraint petitions, the Court is unable to

ORDER REQUESTING ADDITIONAL DOCUMENTS
PAGE -1

adequately address the issue of exhaustion.   Accordingly, respondent is directed to provide copies of the pleadings associated with the two missing personal restraint petitions.   The Court further requests that respondent clarify the Washington Court of Appeals cause number associated with each personal restraint petition.   Respondent shall provide the requested documents and information within **twenty (20) days** of the date of this Order and respondent's Answer is hereby renoted for consideration on **May 4, 2009**.   The Clerk is directed to send a copy of this Order to the parties and to the Honorable Robert S. Lasnik.

DATED this 13th day of April, 2009.

s/ Mary Alice Theiler<br>United States Magistrate Judge